```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

**SHAWN MYERS**                )
    Plaintiff
                                           )

Vs.                            )          Civil Action No. 15-172  Erie

                                           )

**BLUESTEM BRANDS, INC.**
*doing business as*
FINGERHUT
    Defendant

<u>ORDER OF COURT</u>

        AND NOW, this 11th day of October, 2016, the Court has been advised that the instant case has been resolved and the only remaining matter is the submission of a stipulation to discontinue for approval by the Court.  Therefore, there being no further action needed by the Court at this time, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case closed.

        Nothing contained in this order shall be considered a dismissal or disposition of this matter and this Court shall retain jurisdiction.  Should further proceedings in it become necessary, or desirable, either party may initiate it in the same manner as if this order had not been entered.

                                        BY THE COURT:

                                        s/Barbara J. Rothstein
                                        BARBARA J. ROTHSTEIN
                                        UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record